

```
1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   MONICA MASUDA,              ) Case No. CV 14-3993-UA (DUTYx)
12                  Plaintiff,   )
                                 ) ORDER SUMMARILY REMANDING
13         vs.                   ) IMPROPERLY-REMOVED ACTION
                                 )
14   JONATHAN PITTMAN, et al.,   )
                                 )
15                  Defendants.  )
                                 )
16                               )
17
```

18      The Court will remand this unlawful detainer action to state court
19 summarily because defendant removed it improperly.
20      On May 23, 2014, defendant Jonathan Pittman, having been sued in what
21 appears to be a routine unlawful detainer action in California Superior Court,
22 lodged a Notice of Removal of that action to this Court, and also presented an
23 application to proceed in forma pauperis. The Court has denied the latter
24 application under separate cover because the action was not properly removed. To
25 prevent the action from remaining in jurisdictional limbo, the Court issues this
26 Order to remand the action to state court.
27      Simply stated, plaintiff could not have brought this action in federal court in
28 the first place, in that defendant does not competently allege facts supplying either

1  diversity or federal question jurisdiction, and therefore removal is improper. 28
2  U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
3  563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Here, defendant has asserted
4  federal question jurisdiction as his basis for removal, but the unlawful detainer
5  action to be removed does not actually raise any federal legal question. *See* 28
6  U.S.C. §§ 1331, 1441; *Merrell Dow Pharmaceuticals Inc. v. Thompson*, 478 U.S.
7  804, 808, 106 S. Ct. 3229, 92 L. Ed. 2d 650 (1986) ("the question for removal
8  jurisdiction must . . . be determined by reference to the 'well-pleaded complaint'").

9      Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the
10 Superior Court of California, Los Angeles County, Long Beach District, 275
11 Magnolia Avenue, Long Beach, CA 90802, for lack of subject matter jurisdiction
12 pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this
13 Order to the state court; and (3) that the Clerk serve copies of this Order on the
14 parties.

17 DATED: 5/29/14

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

19 Presented by:

Sheri Pym
United States Magistrate Judge